UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRAULIO THORNE,
                           Plaintiff,

                -against-

UNIVERSITY OF EVANSVILLE,
                           Defendant.
------------------------------------------------------------X

23 Civ. 816 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Case Management Plan and Scheduling Order, issued March 16, 2023, requires the parties to file a joint status letter by May 24, 2023.

      WHEREAS, no such letter was filed. It is hereby

      **ORDERED** that the parties shall file the required status letter as soon as possible and no later than **May 31, 2023**.

Dated: May 26, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**